_____

No. 96-1647
_____

Amel F. Lueth,                          *
                                        *
            Appellant,                    *
                                        *     Appeal from the United States
     v.                                 *     District Court for the
                                        *     Southern District of Iowa
United States of America,                 *
                                        *     {UNPUBLISHED}
            Appellee.                   *

_____

                Submitted:  October 25, 1996

                    Filed:  November 15, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Amel F. Lueth was convicted of several drug trafficking offenses, and
we affirmed.  United States v. Lueth, 807 F.2d 719 (8th Cir. 1986).  In
this 28 U.S.C. § 2255 motion, Lueth asserted that the government's seizure
and administrative forfeiture of his 1978 Ford van, in pre-indictment
proceedings which he did not contest, constituted punishment and thus
barred his later criminal prosecution and conviction.  He also asserted he
was denied due process in

-1-

connection with the administrative forfeiture.  The district court[1] denied relief, and Lueth appeals.

We conclude that Lueth was not entitled to relief.  His double jeopardy argument is foreclosed, see United States v. Ursery, 116 S. Ct. 2135, 2148-49 (1996); United States v. Kress, 88 F.3d 664, 665-66 (8th Cir. 1996), and deficient notice as to the forfeiture is not a ground for attacking his conviction under § 2255.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.